Entered: June 04, 2010

Signed: June 03, 2010

**SO ORDERED**
**The confirmation hearing described below shall be**
**set  for August 17, 2010, at 11:00 a.m., in**
**Salisbury.**



DUNCAN W. KEIR
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

|  |  |  |
|---|---|---|
| | * | |
| In Re: | * | Case No.   10-17409DK |
| LUCINDA M. MARSHALL | * | Chapter   13 |
| | * | |
| | * | |
| Debtor(s) | * | |

### ORDER DENYING CHAPTER 7 TRUSTEE'S MOTION TO DISMISS

The Chapter 13 Trustee has filed a Motion To Dismiss this case alleging that the debtor failed to attend scheduled meetings under 11 U.S.C. § 341.  The debtor has filed a response to the trustee's motion providing exculpatory reasons why the debtor was unable to attend.  Accordingly, it is by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Trustee's Motion To Dismiss is denied; and it is further,

ORDERED, that a meeting pursuant to 11 U.S.C. § 341 shall be rescheduled in this case; and it is further,

ORDERED, that if the debtor shall fail to attend the rescheduled meeting, the trustee may renew a motion to dismiss; and it is further

ORDERED, that the hearing to consider confirmation is rescheduled to the date and

time set forth at the top of this Order.

cc:      Debtor(s)
          Debtor Attorney
          Chapter 13 Trustee
          U.S. Trustee
          All Creditors

**End Of Order**