

DUNCAN W. KEIR
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### Baltimore Division

| | |
|---|---|
| In Re: | |
|     LUCINDA M. MARSHALL | Case No: 10-17409 |
|     Debtor. | Chapter 13 |
| LUCINDA M. MARSHALL | |
|     Movant, | |
| vs. | |
| FRANK JAMES WARD, III, | |
|     Respondent. | |

### ORDER GRANTING MOTION TO AVOID LIEN
### ON DEBTOR'S PRINCIPAL RESIDENCE

Having considered the debtor's *Motion To Avoid Lien,* and any response filed thereto, and it appearing that proper notice has been given, pursuant to 11 U.S.C. Sec. 506, and for the reasons set forth in the case of <u>Johnson v. Asset Management Group, LLC</u>, 226 B.R. 364 (D. Md. 1998), it is by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the claim of Respondent be and is hereby deemed wholly unsecured.

**ORDERED**, that at such time as a Discharge Order is entered, pursuant to 11 U.S.C. § 1328(a), in this case, the lien held in favor of Respondent on debtor's real property described as: 110 Oak Street, Wicomico County, Fruitland, Maryland 21826, shall be void, and it is further

**ORDERED**, that the claim of Respondent herein, shall be treated as a general unsecured claim under the debtor's plan.

cc:
Respondent
Debtor
Debtor's attorney
Office of the U.S. Trustee
Chapter 13 Trustee

**END OF ORDER**
**2 of 2**